1  David S. Henshaw SBN 271226
   HENSHAW LAW OFFICE
2  1871 The Alameda
3  Suite 333
   San Jose, CA  95126
4  (408) 533-1075
   (408) 583-4016 Fax
5
6  Attorney for Defendant SHAUN CATLI

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11                         SAN JOSE DIVISION

12

13 | BOSCO CREDIT, LLC,                          ) Case No. 5:15-cv-02173
14 |                                             )
   |       Plaintiff,                            ) **DEFENDANT SHAUN CATLI'S**
15 |                                             ) **ANSWER TO COMPLAINT FOR**
   |       v.                                    ) **FORECLOSURE OF TRUST DEED;**
16 |                                             ) **SPECIFIC PERFORMANCE OF**
17 | SHAUN CATLI, an individual; BRIAN Q.        ) **PROVISIONS OF DEED OF TRUST;**
   | CATLI, an individual; INTERNAL REVENUE      ) **APPOINTMENT OF RECEIVER;**
18 | SERVICE, a federal entity; and DOES 1 through) **INJUNCTIVE RELIEF; EJECTMENT**
   | 50, inclusive,                              )
19 |                                             ) Date Complaint Filed: **April 6, 2015**
20 |       Defendants.                           )
   | _____ )
21

22        Defendant SHAUN CATLI ("Defendant") by and through his counsel hereby answers

23 the Complaint for Foreclosure of Trust Deed; Specific Performance of Provisions of Deed of

24 Trust; Appointment of Receiver; Injunctive Relief; Ejectment (the "Complaint") of Plaintiff

25 BOSCO CREDIT, LLC ("Plaintiff") as follows:

26        1.     Admit.

27

28

---
**DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF
PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT**

1

1     2.     Without sufficient knowledge or information to form an exact knowledge as to
2 the truth of the allegations contained paragraph 2, Defendant denies the allegations of said
3 paragraph.
4     3.     Admit.
5     4.     Admit.
6     5.     Without sufficient knowledge or information to form an exact knowledge as to
7 the truth of the allegations contained paragraph 5, Defendant denies the allegations of said
8 paragraph.
9     6.     Without sufficient knowledge or information to form an exact knowledge as to
10 the truth of the allegations contained paragraph 6, Defendant denies the allegations of said
11 paragraph.
12    7.     Admit.
13    8.     Admit.
14    9.     Without sufficient knowledge or information to form an exact knowledge as to
15 the truth of the allegations contained paragraph 9, Defendant denies the allegations of said
16 paragraph.
17    10.    Without sufficient knowledge or information to form an exact knowledge as to
18 the truth of the allegations contained paragraph 10, Defendant denies the allegations of said
19 paragraph.
20    11.    Without sufficient knowledge or information to form an exact knowledge as to
21 the truth of the allegations contained paragraph 11, Defendant denies the allegations of said
22 paragraph.
23    12.    Without sufficient knowledge or information to form an exact knowledge as to
24 the truth of the allegations contained paragraph 12, Defendant denies the allegations of said
25 paragraph.
26    13.    Without sufficient knowledge or information to form an exact knowledge as to
27 the truth of the allegations contained paragraph 13, Defendant denies the allegations of said
28 paragraph.

DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT

2

1  14. Without sufficient knowledge or information to form an exact knowledge as to
2 the truth of the allegations contained paragraph 14, Defendant denies the allegations of said
3 paragraph.

4  15. Defendant hereby generally denies all allegations contained in paragraph 15 of
5 the Complaint.

6  16. Without sufficient knowledge or information to form an exact knowledge as to
7 the truth of the allegations contained paragraph 16, Defendant denies the allegations of said
8 paragraph.

9  17. Without sufficient knowledge or information to form an exact knowledge as to
10 the truth of the allegations contained paragraph 17, Defendant denies the allegations of said
11 paragraph.

12  18. Without sufficient knowledge or information to form an exact knowledge as to
13 the truth of the allegations contained paragraph 18, Defendant denies the allegations of said
14 paragraph.

15  19. Admit.

16  20. Without sufficient knowledge or information to form an exact knowledge as to
17 the truth of the allegations contained paragraph 20, Defendant denies the allegations of said
18 paragraph.

19  21. Without sufficient knowledge or information to form an exact knowledge as to
20 the truth of the allegations contained paragraph 21, Defendant denies the allegations of said
21 paragraph.

22  22. Without sufficient knowledge or information to form an exact knowledge as to
23 the truth of the allegations contained paragraph 22, Defendant denies the allegations of said
24 paragraph.

25  23. Without sufficient knowledge or information to form an exact knowledge as to
26 the truth of the allegations contained paragraph 23, Defendant denies the allegations of said
27 paragraph.

28  24. Admit.

DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT

3

1  25. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 25, Defendant denies the allegations of said paragraph.

26. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 26, Defendant denies the allegations of said paragraph.

27. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 27, Defendant denies the allegations of said paragraph.

28. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 28, Defendant denies the allegations of said paragraph.

29. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 29, Defendant denies the allegations of said paragraph.

30. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 30, Defendant denies the allegations of said paragraph.

31. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 31, Defendant denies the allegations of said paragraph.

32. Without sufficient knowledge or information to form an exact knowledge as to the truth of the allegations contained paragraph 32, Defendant denies the allegations of said paragraph.

33. Defendant hereby generally denies all allegations contained in paragraph 33 of the Complaint.

/ / /

/ / /

DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT

4

1    34.    Without sufficient knowledge or information to form an exact knowledge as to
2 the truth of the allegations contained paragraph 34, Defendant denies the allegations of said
3 paragraph.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

**(Unjust Enrichment)**

As a separate and distinct affirmative defense to the Complaint and each cause of action therein, Defendant alleges that a favorable award of everything Plaintiff is seeking would unjustly enrich Plaintiff.

**Second Affirmative Defense**

**(Offset)**

As a separate and distinct affirmative defense to the Complaint and each cause of action therein, Defendant alleges that Plaintiff has not properly credited payments made and as a result Defendant owes less than the amount claimed by Plaintiff.

Dated:  June 8, 2015                                                    HENSHAW LAW OFFICE


                                                                        /s/ David S. Henshaw
                                                                        David S. Henshaw, Attorney for
                                                                        Defendant SHAUN CATLI

---

DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT

5

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 1871 The Alameda, Suite 333, San Jose, CA 95126.

On the date of execution hereof, at my place of business, I served the following described documents:

**(1) DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT**

on the parties to be notice in said action by **DELIVERY BY UNITED STATES MAIL** placing a copy of each document in a sealed envelope, with postage thereon full prepaid as follows for deposit in the United States Postal Service:

| | |
|---|---|
| Sonia A. Plesset | United States Attorney |
| THE WOLF FIRM | 450 Golden Gate Avenue, Box 36055 |
| 2955 Main Street, Second Floor | San Francisco, CA 94102 |
| Irvine, CA 92614 | |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on June 8, 2015, at San Jose, California.

/s/ Kristina Townzen
Kristina Townzen

**DEFENDANT SHAUN CATLI'S ANSWER TO COMPLAINT FOR FORECLOSURE OF TRUST DEED; SPECIFIC PERFORMANCE OF PROVISIONS OF DEED OF TRUST; APPOINTMENT OF RECEIVER; INJUNCTIVE RELIEF; EJECTMENT**

6